THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONARDO, S.P.A., an Italian company,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware corporation,<br><br>Defendant. | No. 2:19-cv-2082<br><br>STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER AMENDED COMPLAINT AND [PROPOSED] ORDER<br><br>NOTE ON MOTION CALENDAR:<br>January 27, 2020 |

## I. STIPULATED MOTION

Plaintiff Leonardo, S.p.A. ("Leonardo") and Defendant The Boeing Company ("Boeing") stipulate and agree, that in light of the length of the Amended Complaint (Dkt. #12), pursuant to Local Civil Rule 10(g) and Local Civil Rule 7(d)(1), that Boeing's time to respond to Leonardo's Amended Complaint shall be extended to Monday, February 10, 2020.

Accordingly, all parties respectfully request that the Court enter an order extending the time for Boeing to respond to the Amended Complaint to Monday, February 10, 2020.

**IT IS SO STIPULATED** by and between the parties hereto.

STIPULATED MOTION FOR EXTENSION
OF TIME AND [PROPOSED] ORDER
(No. 2:19-cv-2082) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED: January 27, 2020

By: *s/ Jessica M. Andrade*
Jessica M. Andrade, WSBA No. 39297
Jessica.andrade@polsinelli.com
**Polsinelli P.C.**
1000 Second Avenue, Suite 3500
Seattle, WA 98104
Telephone: 206.393.5400

Alan A. D'Ambrosio (*pro hac vice*)
adambrosio@dunnington.com
William F. Dahill (*pro hac vice*)
wdahill@dunnington.com
Joseph Johnson
jjohnson@dunnington.com
Kamanta C. Kettle
kkettle@dunnington.com
**Dunnington, Bartholow & Miller LLP**
230 Park Avenue, 21st Floor
New York, NY 10169
Telephone: 212.682.8811

*Attorneys for Plaintiff Leonardo S.p.A.*

By: *s/ Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
SKoh@perkinscoie.com
Brendan J. Peters, WSBA No. 34490
BPeters@perkinscoie.com
Michael E. Scoville, WSBA No. 44913
MScoville@perkinscoie.com
Mica D. Klein, WSBA No. 46596
MicaKlein@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000

*Attorneys for Defendant The Boeing Company*

STIPULATED MOTION FOR EXTENSION
OF TIME AND [PROPOSED] ORDER
(No. 2:19-cv-2082) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## II. [PROPOSED] ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

The deadline for Boeing to respond to the pending Amended Complaint is hereby extended to Monday, February 10, 2020.

DATED this 28th day of January, 2020.

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR EXTENSION
OF TIME AND [PROPOSED] ORDER
(No. 2:19-cv-2082) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 27, 2020, I caused to be served via the CM/ECF system a true and correct copy of the foregoing document and that service of this document was accomplished on all parties in the case by the CM/ECF system.

*s/ Brendan J. Peters*
Brendan J. Peters, WSBA No. 34490
BPeters@perkinscoie.com

CERTIFICATE OF SERVICE
(No. 2:19-cv-2082) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000