UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONARDO, S.P.A., <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, <br><br> Defendant. | CASE NO. C19-2082JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

For the reasons stated on the record during the court's April 15, 2021 telephone conference with Plaintiff Leonardo, S.p.A. ("Leonardo") and Defendant The Boeing Company ("Boeing") (*see* 4/15/21 Min. Entry (Dkt. # 55)), the court makes the following rulings regarding the parties' discovery disputes (*see* Joint Letter (Dkt. # 49); Leonardo Letter (Dkt. # 50); Boeing Letter (Dkt. # 51); Joint Sub. (Dkt. # 52)):

MINUTE ORDER - 1

1.  The court GRANTS Boeing's motion to compel Leonardo to produce copies of the Material Review Reports ("MRRs") upon which Leonardo bases its claim for damages. (*See* Am. Compl. (Dkt. # 12) ¶¶ 115, 117.)

2.  The court DENIES without prejudice Boeing's motion to compel Leonardo to produce pickup/defect lists. The court ORDERS Leonardo to produce to Boeing a representative example of a pickup/defect list and DIRECTS the parties to meet and confer regarding the pickup/defect lists' relevance to the claims and defenses.

3.  The court GRANTS Boeing's motion to compel Leonardo to respond to Boeing's Interrogatory No. 5, with the following limitations:

    - To the extent Boeing seeks information about slats that are not at issue in this case, Leonardo need not produce that information.

    - Leonardo need not provide the 767 line numbers for the slats.

    - Leonardo may respond pursuant to Federal Rule of Civil Procedure 33(d) by producing and identifying documents that provide the requested information with respect to work performed by contractors in the United States and Italy and by Leonardo. Leonardo must, however, produce English-language translations of any documents upon which it relies that are written in Italian.

4.  The court DEFERS RULING on Leonardo's request to remove the Attorneys' Eyes Only ("AEO") designation from documents produced by Boeing. The court ORDERS the parties to submit a random sample of 30 AEO-designated documents for *in camera* review by no later than April 30, 2021.

    //

MINUTE ORDER - 2

1 | Filed and entered this 16th day of April, 2021.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 3