THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LEONARDO, S.P.A., an Italian company,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware corporation,<br><br>Defendant. | No. 2:19-CV-2082<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Leonardo, S.p.A. and defendant The Boeing Company have stipulated to the voluntary dismissal of the above-captioned action. Pursuant to Federal Rule of Civil Procedure 41 it is hereby:

ORDERED that this action is DISMISSED with prejudice and without costs to either party. The Clerk is hereby directed to close this case.

Dated this 3rd day of May, 2021.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER OF DISMISSAL
(No. 2:19-CV-2082) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359-9000

Submitted by:

PERKINS COIE LLP


s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Brendan J. Peters, WSBA No. 34490
Michael E. Scoville, WSBA, No. 44913
Christopher M. Ledford, WSBA 44515
Mica K. Klein, WSBA No. 46596

Joseph E. Mais, *pro hac vice*
JMais@perkinscoie.com
Perkins Coie LLP
2901 N. Central Ave., Suite 2000
Phoenix, AZ 85012-2788
Telephone: 602.351.8000

*Attorneys for Defendant The Boeing Company*


Approved as to form:

POLSINELLI P.C.


s/ *Jessica M. Andrade*
Jessica M. Andrade, WSBA No. 39297


DUNNINGTON, BARTHOLOW & MILLER LLP


s/ *Alan A. D'Ambrosio*
Alan A. D'Ambrosio, *pro hac vice*
William F. Dahill, *pro hac vice*
Joseph Johnson, *pro hac vice*
Kamanta C. Kettle, *pro hac vice*

*Attorneys for Plaintiff Leonardo S.p.A.*

[PROPOSED] ORDER OF DISMISSAL
(No. 2:19-CV-2082) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359-9000